No. 82. CARRINGTON *v.* RASH ET AL. Sup. Ct. Tex. (Certiorari granted, 379 U. S. 812.) Motion of respondent Carr to file reply brief and supplemental brief granted, said briefs having been lodged with the Court on February 10, 1965, and having been fully considered by the Court in the disposition of this case. THE CHIEF JUSTICE took no part in the consideration or decision of these motions. *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, and *Mary K. Wall,* Assistant Attorney General, on the motions.

No. 291. MINNESOTA MINING & MANUFACTURING CO. *v.* NEW JERSEY WOOD FINISHING CO. C. A. 3d Cir. (Certiorari granted, 379 U. S. 877.) Motion of Highland Supply Corp. for leave to file brief, as *amicus curiae,* granted. *Alex Akerman, Jr.,* and *Thomas A. Ziebarth* on the motion.

No. 422. FEDERAL TRADE COMMISSION *v.* CONSOLIDATED FOODS CORP. C. A. 7th Cir. (Certiorari granted, 379 U. S. 912.) Motion of Trabon Engineering Corp. et al. for leave to participate in oral argument, as *amici curiae,* denied. *Herbert Bruce Griswold* and *Charles B. Gordon* on the motion.

No. 443. HUGHES TOOL CO. ET AL. *v.* TRANS WORLD AIRLINES, INC.; and

No. 501. HUGHES TOOL CO. *v.* TRANS WORLD AIRLINES, INC., ET AL. C. A. 2d Cir. (Certiorari granted, 379 U. S. 912.) Motion of petitioners to consolidate cases for oral argument denied. *Paul A. Porter, Dennis G. Lyons* and *Chester C. Davis* on the motion. *John F. Sonnett* for Trans World Airlines, Inc., and *Bruce Bromley* for Equitable Life Assurance Society of the United States et al., respondents in No. 501, in opposition.